## KINGMAN & FORD *vs.* RATHBONE'S ADMINISTRATORS.

An order enlarging time to plead, may be vacated without previous notice to the defendant; whether notice shall or shall not be given, is discretionary with the commissioner.

November 20.    MR. JUSTICE SUTHERLAND ruled in this case that an order enlarging the time to plead may be vacated by a commissioner, without previous notice to a defendant; whether notice shall or shall not be given, rests in the discretion of the officer.